Order filed January 11, 2023



In The

# Fourteenth Court of Appeals

_____

## NO. 14-23-00021-CV
_____

## IN RE FELIPE N. GOMEZ, Relator

---

**On Appeal from the 189th District Court
Harris County, Texas
Trial Court Cause No. 2022-59121**

---

## ORDER

This is an original proceeding petition for writ of mandamus filed in this court on January 10, 2023. A related case was previously filed in the Court of Appeals for the First District of Texas under case number 01-22-00902-CV.

It is ORDERED that the appeal docketed under this court's appellate cause number 14-23-00021-CV is transferred to the Court of Appeals for the First District of Texas pursuant to Local Rule 1.5 14th Tex. App. (Houston) Loc. R. 1.5. The Clerk of this Court is directed to transfer all papers filed in this case, and certify all Orders made, to the Court of Appeals for the First District of Texas.

PER CURIAM

Panel Consists of Justices Zimmerer, Spain and Hassan